Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of New York**

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

Case number (if known): _____ Chapter **11** 2025 MAY 22 A 9: 13

☐ Check if this is an
amended filing

## Official Form 201

RECEIVED

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**   7 4 – 2 5 4 6 7 0 3

**4. Debtor's address**

Principal place of business

8, 10, 12 Howard Avenue
Number      Street

**Brooklyn, NY 11221**
City                          State      ZIP Code

**Kings**
County

Mailing address, if different from principal place of business

Po Box 790
Number      Street

**Hicksville, NY 11802-0790**
City                          State      ZIP Code

Location of principal assets, if different from principal place of business

Number      Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Grand Consistory of New York Under the Jurisdiction of the**  Case number (if known) _____
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free**
**Masonry of the State of Louisiana, Inc.**
Name

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8   1   3   4**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                              MM / DD / YYYY

Case number, if known _____

Debtor  **Grand Consistory of New York Under the Jurisdiction of the**
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free**
**Masonry of the State of Louisiana, Inc.**
Name

Case number *(if known)* _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br> Number   Street <br> _____ <br> City   State   ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br> Contact name _____ <br> Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000 <br> ☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    __Grand Consistory of New York Under the Jurisdiction of the__    Case number *(if known)* _____
          __Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free__
          __Masonry of the State of Louisiana, Inc.__
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __5 /22/ 2025__
              MM/ DD/ YYYY

X _Allen Lloyd (signature)_____        __Allen Lloyd__
Signature of authorized representative of debtor        Printed name

Title _____**President**_____

**18. Signature of attorney**

X _____        Date __05/22/2025__
Signature of attorney for debtor        MM/ DD/ YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____        ___        _____
City        State        ZIP Code

_____        _____
Contact phone        Email address

_____        ___
Bar number        State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
_____

2. The following financial data is the latest available information and refers to the debtor's condition on  5/22/2025

    a. Total assets                                                 **$1,500,000.00**

    b. Total debts (including debts listed in 2.c., below)     **$1,666,516.28**

    c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐ unsecured ☐ subordinated ☐ _____ _____
secured ☐ unsecured ☐ subordinated ☐ _____ _____
secured ☐ unsecured ☐ subordinated ☐ _____ _____
secured ☐ unsecured ☐ subordinated ☐ _____ _____
secured ☐ unsecured ☐ subordinated ☐ _____ _____

    d. Number of shares of preferred stock _____
    e. Number of shares common stock _____

Comments, if any: _____
_____

3. Brief description of debtor's business _____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

Fill in this information to identify the case:

Debtor name **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

United States Bankruptcy Court for the:
**Eastern District of New York**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................................

   | $1,500,000.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................

   | $0.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................

   | $1,500,000.00 |

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $1,666,516.28 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $0.00 |

4. **Total liabilities**........................................................................................................................................
   Lines 2 + 3a + 3b

   | $1,666,516.28 |

Fill in this information to identify the case:

**Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

Debtor name

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JY Borgenthal L.P. JACOBOWITZ NEWMAN TVERSKY LLP 377 Pearsall Ave C Cedarhurst, NY 11516-1841 | (516) 545-0343 | | Disputed | $1,666,516.28 | $1,500,000.00 | $166,516.28 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor Name **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **New York**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                            _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | __ __ __ __ | _____ |
| 3.2. _____ | _____ | __ __ __ __ | _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____          _____

   4.2 _____          _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          [_____]

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

Case number *(if known)* _____

Name

---

7.1 _____    _____

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    _____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.
   ☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

   11a. 90 days old or less: _____ - _____ =..... → _____
        face amount      doubtful or uncollectible accounts

   11b. Over 90 days old: _____ - _____ =..... → _____
        face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____    _____    _____

   14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:    % of ownership:

   15.1 _____    _____    _____

Debtor **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

Name

Case number *(if known)* _____

15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

[                    ]

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

[                    ]

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method _____    Current value _____

Debtor  **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

Case number *(if known)* _____

Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

    [_____]

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor  **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**    Case number *(if known)* _____

Name

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| _____ | _____ | _____ | _____ |
| 40. **Office fixtures** | | | |
| _____ | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                              _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 5

Debtor  **Grand Consistory of New York Under the Jurisdiction of the**  
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of**  
**Free Masonry of the State of Louisiana, Inc.**  
Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| 47.1 | _____ | _____ | _____ | _____ |
| 47.2 | _____ | _____ | _____ | _____ |
| 47.3 | _____ | _____ | _____ | _____ |
| 47.4 | _____ | _____ | _____ | _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | _____ | _____ | _____ | _____ |
| 48.2 | _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | _____ | _____ | _____ | _____ |
| 49.2 | _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

    ⬜ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial Property / 8, 10, 12**<br>**Howard Brooklyn, NY 11221** | **Fee Simple** | **unknown** | | **$1,500,000.00** |

Debtor    **Grand Consistory of New York Under the Jurisdiction of the**    Case number (if known) _____
          **Thirty-Third Degree of the Ancient and Accepted Scotch Rite of**
          **Free Masonry of the State of Louisiana, Inc.**
          Name

| | | |
|---|---|---|
| 56. | **Total of Part 9**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $1,500,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and Intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br>_____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | _____ | _____ | _____ |
| 65. **Goodwill**<br>_____ | _____ | _____ | _____ |

| | | |
|---|---|---|
| 66. | **Total of Part 10**<br>Add lines 60 through 65. Copy the total to line 89. | _____ |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Debtor  **Grand Consistory of New York Under the Jurisdiction of the**  Case number *(If known)* _____
        **Thirty-Third Degree of the Ancient and Accepted Scotch Rite of**
        **Free Masonry of the State of Louisiana, Inc.**
        Name

---

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____  _____  -  _____  = ➔  _____

                          Total face amount       doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73.  **Interests in insurance policies or annuities**

_____  _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Nature of claim  _____

Amount requested  _____  _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim  _____

Amount requested  _____  _____

76.  **Trusts, equitable or future interests in property**

_____  _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 8

Debtor  **Grand Consistory of New York Under the Jurisdiction of the**
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of**
**Free Masonry of the State of Louisiana, Inc.**

Case number *(if known)* _____

Name

---

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................➔ | | $1,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*.............91a. | $0.00 | + 91b.  $1,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................    $1,500,000.00

---

Fill in this information to identify the case:

Debtor name   **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

United States Bankruptcy Court for the:   **Eastern**   District of   **New York**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |
| **2.1** Creditor's name<br>**JY Borgenthal L.P.**<br><br>Creditor's mailing address<br>**JACOBOWITZ NEWMAN**<br>**TVERSKY LLP**<br>**377 Pearsall Ave C**<br>**Cedarhurst, NY 11516-1841**<br><br>Creditor's email address, if known<br><br>Date debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __<br><br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>Commercial Property<br><br>Describe the lien<br>_____<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $1,666,516.28 | $1,500,000.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                    $1,666,516.28

Fill in this information to identify the case:

Debtor name ___**Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**___

United States Bankruptcy Court for the:

___**Eastern District of New York**___

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|
| _____<br>_____<br>_____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ___ | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|
| _____<br>_____<br>_____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ___ | | |

Debtor    **Grand Consistory of New York Under the Jurisdiction of the**
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free**
**Masonry of the State of Louisiana, Inc.**     Case number *(if known)* _____

Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

_____

**3.2**   Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

_____

**3.3**   Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

_____

**3.4**   Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

_____

Debtor **Grand Consistory of New York Under the Jurisdiction of the**
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free**
**Masonry of the State of Louisiana, Inc.**

Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$0.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$0.00** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.** |

United States Bankruptcy Court for the: __**Eastern**__ District of __**New York**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **Grand Consistory of New York Under the Jurisdiction of the**
          **Thirty-Third Degree of the Ancient and Accepted Scotch Rite of**
          **Free Masonry of the State of Louisiana, Inc.**
          Name

Case number (if known) _____

| | **Additional Page If Debtor Has More Codebtors** |
|---|---|

| *Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.* |
|---|

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H        Schedule H: Codebtors        page __2__ of __2__

Fill in this information to identify the case:

**Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**

Debtor name _____

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/22/2025**
　　　　　MM/ DD/ YYYY

X _Allen Lloyd_
Signature of individual signing on behalf of debtor

**Allen Lloyd**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.** |

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1: Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**   to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2024**   to   **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For the year before that:** | From **01/01/2023**   to   **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**   to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024**   to   **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

---

| Debtor | **Grand Consistory of New York Under the Jurisdiction of the** | | Case number *(if known)* _____ |
| | **Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free** | | |
| | **Masonry of the State of Louisiana, Inc.** | | |
| | Name | | |

For the year before that:     From **01/01/2023**  to  **12/31/2023**     _____    _____
                             MM/ DD/ YYYY      MM/ DD/ YYYY

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> Street <br><br> _____ <br><br> City          State        ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> Street <br><br> _____ <br><br> City          State        ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ | _____ | _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Debtor | Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc. | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>_____<br>City        State    ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>_____<br>City        State    ZIP Code | XXXX– __ __ __ | _____ | _____ |

---

## Part 3: Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **JY BORGENTHAL L.P. vs. GRAND CONSISTORY OF NEW YORK, UNDER THE JURISDICTION OF THE SUPREME COUNCIL OF LA INC., A.A.S.R.F.M. A/K/A GRAND CONSISTORY OF NEW YORK UNDER THE JURISDICTION OF THE THIRTY-THIRD DEGREE OF THE ANCIENT AND ACCEPTED SCOTCH RITE OF et** | **Commercial Foreclosure** | **Kings Supreme Court**<br>Name<br>**360 Adams St** _____<br>Street<br><br>_____<br>**Brooklyn, NY 11201-3707**<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**528464/2024** _____ | | | |

Debtor **Grand Consistory of New York Under the Jurisdiction of the**
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free**
**Masonry of the State of Louisiana, Inc.**
Name

Case number *(if known)*

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | Case title | Court name and address |
| | Street | | Name |
| | | Case number | Street |
| | City          State     ZIP Code | | |
| | | Date of order or assignment | City          State     ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| Debtor | **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | **NY** | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **Grand Consistory of New York Under the Jurisdiction of the**
         **Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free**
         **Masonry of the State of Louisiana, Inc.**

Case number *(if known)* _____

Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City          State      ZIP Code

**Relationship to debtor**

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

| 14.1. | | From _____ To _____ |
|---|---|---|

Street

City          State      ZIP Code

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| 15.1. | | |
|---|---|---|

Facility name

Street

City          State      ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

☐ Electronically

☐ Paper

Debtor  **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**
       Name

Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.

    ☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.

    ☐ Yes. Does the debtor serve as plan administrator?

    　　☐ No. Go to Part 10.

    　　☐ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

    | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | 18.1 _____ Name _____ Street _____ City          State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other _____ | _____ | _____ |

19. **Safe deposit boxes**

    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

Debtor  **Grand Consistory of New York Under the Jurisdiction of the**
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free**
**Masonry of the State of Louisiana, Inc.**
    Name

Case number *(if known)* _____

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

---

**Part 12:  Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| | Name _____ | _____ | ☐ On appeal |
| Case number | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor
**Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**
Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.
Name _____
Street _____
City      State   ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____ To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☑ None

| Name and address | Dates of service |
|---|---|

26a.1.
Name _____
Street _____
City           State        ZIP Code

From _____ To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☑ None

| Name and address | Dates of service |
|---|---|

26b.1.
Name _____
Street _____
City           State        ZIP Code

From _____ To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
Name _____
Street _____
City           State        ZIP Code

| Debtor | **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City _____   State _____   ZIP Code _____

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name _____

Street _____

_____

City _____   State _____   ZIP Code _____

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ <br> To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    **Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.**
Name

Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/22/2025**
                 MM/ DD/ YYYY

X _~signature~_____    Printed name    **Allen Lloyd**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)* attached?
☑ No
☐ Yes

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):                                                     CASE NO.: _____
**Grand Consistory of New York Under the Jurisdiction of the**
**Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free**
**Masonry of the State of Louisiana, Inc.** _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (*or any other petitioner*) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. §101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. §541(a).]

☑   NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐   THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):

_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF
RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. §109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____          _____
Signature of Debtor's Attorney               Signature of Pro Se Debtor/Petitioner

                                   **8, 10, 12 Howard Avenue**
                                   Mailing Address of Debtor/Petitioner

                                   **Brooklyn, NY 11221**
                                   City, State, Zip Code

                                   **(917) 407-6844**
                                   Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice. **NOTE**: Any change in address must be reported to the Court immediately **IN WRITING**. Dismissal of your petition may otherwise result.

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

IN RE: **Grand Consistory of New York Under**
**the Jurisdiction of the Thirty-Third**
**Degree of the Ancient and Accepted**
**Scotch Rite of Free Masonry of the**
**State of Louisiana, Inc.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __**05/22/2025**__    Signature _____

Allen Lloyd, President

**Michael D Benjamin**
2429 E 71st St
Brooklyn, NY 11234-6513


**JY Borgenthal L.P.**
JACOBOWITZ NEWMAN TVERSKY LLP
377 Pearsall Ave C
Cedarhurst, NY 11516-1841

*BALANCE SHEET*
*PART II*

## Grand Consistory of New York

### Statement of Cash Flows

January - December 2023

| | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | MAY 2023 | JUN 2023 | JUL 2023 | AUG 2023 | SEP 2023 | OCT 2023 | NOV 2023 | DEC 2023 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPERATING ACTIVITIES | | | | | | | | | | | | | |
| Net Revenue | -1,329.88 | -14,183.81 | -18,366.47 | -10,417.38 | -7,687.38 | -8,234.38 | -10,327.97 | -7,833.71 | -18,817.37 | -7,508.71 | -14,691.82 | -7,380.04 | $ -126,978.92 |
| Adjustments to reconcile Net Revenue to Net Cash provided by operations: | | | | | | | | | | | | | $0.00 |
| Accounts Receivable (A/R) | | | | | | | | | | | | | $0.00 |
| Inventory Asset | | | | | | | | | | | | | $0.00 |
| Prepaid expenses | | | | | | | | | | | | | $0.00 |
| Uncategorized Asset | | | | | | | | | | | | | $0.00 |
| Accumulated amortization | | | | | | | | | | | | | $0.00 |
| Accumulated depreciation | | | | | | | | | | | | | $0.00 |
| Accounts Payable (A/P) | | | | | | | | | | | | | $0.00 |
| Customer prepayments | | | | | | | | | | | | | $0.00 |
| Lines of credit | | | | | | | | | | | | | $0.00 |
| Payroll wages and tax to pay | | | | | | | | | | | | | $0.00 |
| Payroll wages and tax to pay:Payroll tax to pay | | | | | | | | | | | | | $0.00 |
| Payroll wages and tax to pay:Retirement benefits to pay | | | | | | | | | | | | | $0.00 |
| Payroll wages and tax to pay:Wages to pay | | | | | | | | | | | | | $0.00 |
| Sales tax to pay | | | | | | | | | | | | | $0.00 |
| Short-term business loans | | | | | | | | | | | | | $0.00 |
| Total Adjustments to reconcile Net Revenue to Net Cash provided by operations: | | | | | | | | | | | | | $0.00 |
| Net cash provided by operating activities | $ -1,329.88 | $ -14,183.81 | $ -18,366.47 | $ -10,417.38 | $ -7,687.38 | $ -8,234.38 | $ -10,327.97 | $ -7,833.71 | $ -18,817.37 | $ -7,508.71 | $ -14,691.82 | $ -7,380.04 | $ -126,978.92 |
| INVESTING ACTIVITIES | | | | | | | | | | | | | |
| Short-term Investments | | | | | | | | | | | | | $0.00 |
| Furniture & fixtures | | | | | | | | | | | | | $0.00 |
| Improvements | | | | | | | | | | | | | $0.00 |
| Long-term investments | | | | | | | | | | | | | $0.00 |
| Security deposits | | | | | | | | | | | | | $0.00 |
| Net cash provided by investing activities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FINANCING ACTIVITIES | | | | | | | | | | | | | |
| Long-term business loans | | | | | | | | | | | | | $0.00 |
| Other long-term liabilities | | | | | | | | | | | | | $0.00 |
| Opening balance equity | | | | | | | | | | | | | $0.00 |
| Retained Earnings | | | | | | | | | | | | | $0.00 |
| Net cash provided by financing activities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NET CASH INCREASE FOR PERIOD | $ -1,329.88 | $ -14,183.81 | $ -18,366.47 | $ -10,417.38 | $ -7,687.38 | $ -8,234.38 | $ -10,327.97 | $ -7,833.71 | $ -18,817.37 | $ -7,508.71 | $ -14,691.82 | $ -7,380.04 | $ -126,978.92 |

*BALANCE SHEET*

# Grand Consistory of New York

## Statement of Financial Position

### As of December 31, 2023

|  | JAN - DEC 2023 |
| --- | --- |
| **ASSETS** |  |
| Current Assets |  |
| Bank Accounts |  |
| PERFBUS CHK (6265) - 1 | 17,825.11 |
| Total Bank Accounts | $17,825.11 |
| Total Current Assets | $17,825.11 |
| **TOTAL ASSETS** | **$17,825.11** |
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Total Liabilities |  |
| Equity |  |
| Opening balance equity | 269,635.82 |
| Retained Earnings | -124,831.79 |
| Net Revenue | -126,978.92 |
| Total Equity | $17,825.11 |
| **TOTAL LIABILITIES AND EQUITY** | **$17,825.11** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                          Case No.
    Grand Consistory of New York Under the Jurisdiction of the Thirty-      Chapter    11
    Third Degree of the Ancient and Accepted Scotch Rite of Free
    Masonry of the State of Louisiana, Inc.
                          Debtor(s)
-------------------------------------------------------x

## DECLARATION OF PRO SE DEBTOR(S)

All individuals filing for bankruptcy pro se (without an attorney), must provide the following information:

Name of Debtor(s):    Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the
                         Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.

Address:         7, 10, 12 Howard Avenue, Brooklyn NY 11221

Email Address:    allen.lloyd@yahoo.com

Phone Number:    ( 917 ) 407-6844

CHECK THE APPROPRIATE RESPONSES:

**FILING FEE:**

  **X**  PAID THE FILING FEE IN FULL

  ___APPLIED FOR INSTALLMENT PAYMENTS OR WAIVER OF THE FILING FEE

**PREVIOUS CASES FILED:** 1._____ 2._____ 3._____

**ASSISTANCE WITH PAPERWORK:**

  **X**  NO ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

  ___ HAD ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

If Debtor had assistance, the following information must be completed:

      Name of individual who assisted:  _____

      Address:  _____

      Phone Number:  (_____) _____

      Amount Paid for Assistance:  $_____

I/We hereby declare the information above under the penalty of perjury.

Dated:  **05/22/2025**_____

                              _____
                              Debtor's Signature

                              _____
                              Joint Debtor's Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:
    Grand Consistory of New York Under the Jurisdiction of the
    Thirty-Third Degree of the Ancient and Accepted Scotch Rite of
    Free Masonry of the State of Louisiana, Inc.

Case No.
Chapter **11**

                    Debtor(s)
------------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer:    **WILLER VALERUS**

Address:        24 East 58th Street Brooklyn NY 11203

Email Address:    **MANNOLA1124@GMAIL.COM**

Phone Number:    (    )

Name of Debtor(s):    Grand Consistory of New York Under the Jurisdiction of the Thirty-Third Degree of the Ancient and Accepted Scotch Rite of Free Masonry of the State of Louisiana, Inc.

CHECK THE APPROPRIATE RESPONSES:

## ASSISTANCE PROVIDED TO DEBTOR(S):

____   I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

_____

**X**   I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

## FEE RECEIVED:

**X**   I WAS NOT PAID.

____   I WAS PAID.

           Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated:   05/22/2025                             _____
                                         Filer's Signature

6 Howard Ave



Image capture: Oct 2022    © 2025 Google



8 Howard - 1st floor
10 Howard - 2nd-4th floor
12 Howard - adjacent lot





An official website of New York State.
Here's how you know ⌄

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

### Entity Details

**ENTITY NAME:** GRAND CONSISTORY OF NEW YORK UNDER THE JURISDICTION OF THE THIRTY-THIRD DEGREE OF THE ANCIENT AND ACCEPTED SCOTCH RITE OF FREE MASONRY OF THE STATE OF

**DOS ID:** 859758

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC NOT-FOR-PROFIT CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** -

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 08/05/1983

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 08/05/1983

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** NOT REQUIRED

**COUNTY:** KINGS

**NEXT STATEMENT DUE DATE:**

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:** NON-CHARITIBLE

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** FRANK THOMSPON

**Address:** C/O HARVEY L STRELZIN, 299 BROADWAY, NEW YORK, NY, UNITED STATES, 10007

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:**

**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:** R/A FRANK THOMPSON

**Address:** C/O HARVEY L STRELZIN, 299 BROADWAY, NEW YORK, NY, 10007

### Entity Primary Location Name and Address

**Name:**

**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|